**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: US HOLDINGS, LLC | § | Case No. 26-15985-JGR |
| | § | |
| | § | |
| | § | |
| Debtors | | |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S FINAL REPORT AND ACCOUNT OF NO DISTRIBUTION

Jonathan M. Dickey, chapter 11 trustee appointed under 11 U.S.C. § 1183(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1183(b)(1). The trustee declares under penalty of perjury as follows:

**Case Disposition:**

No plan payments were made to the trustee. The case was dismissed.

**Key Information:** (as reported in schedules filed by the debtor(s) or otherwise found in the case record)

1) This case has been pending for 1 months.

2) Assets Abandoned (without deducting any secured claims): Not Applicable

3) Assets Exempt: Not Applicable

4) Claims Scheduled: $0.00

5) Claims Asserted: Not Available.

6) Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable

**Trustee Compensation:**

The Court did not award compensation pursuant to 11 U.S.C. § 330(a).

I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: Sep 28, 2026

By: /s/ Jonathan M. Dickey
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

cf011a1b-0da9-4032-8270-d6a09725517e